Attorney, Deborah A. Johnston, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Mark Nathaniel Chapman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Chapman*, Nos. CR–97–478–AW; CA–00–2695–AW (D.Md. July 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Bernard Anthony Murphy, Sr., pro se. Paul Christopher Galanides, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Bernard Anthony Murphy, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Murphy v. Angelone*, No. CA–01–168–7 (W.D.Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Bernard Anthony MURPHY, Sr., Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–Appellee.**

No. 01–7309.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 19, 2001.

**Clorey Eugene FRANCE, Plaintiff–Appellant,**

v.

**B.K. YANDELL, Officer; Winston Salem Police Department, Defendants–Appellees.**

No. 01–7327.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 19, 2001.